█ DAVID G. HARRIS, Appellant, v WARD GREENBERG HELLER & REIDY LLP et al., Respondents. (Appeal No. 2.) [54 NYS3d 347]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered July 28, 2016. The order directed plaintiff to pay attorneys fees.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Harris v Ward Greenberg Heller & Reidy LLP* ([appeal No. 1] 151 AD3d 1808 [2017]). Present—Smith, J.P., Peradotto, NeMoyer and Curran, JJ.